IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>    Petitioner,<br><br>  vs.<br><br>JOHN HIROKAWA,<br><br>    Respondent. | No. C 12-4573 LHK (PR)<br><br>ORDER OF DISMISSAL |

On May 16, 2012, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus, along with a motion for leave to proceed in forma pauperis ("IFP"). On November 8, 2012, the Court issued an order of dismissal with leave to amend, denied Petitioner's motion for IFP, and directed Petitioner to file an amended petition and pay the $5.00 filing fee within thirty days. The Court warned Petitioner that the case would be dismissed if he failed to file an amended petition, or pay the fee within thirty days. On November 20, 2012, Petitioner filed an amended petition. However, Petitioner did not pay the filing fee. As more than thirty days have passed, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 12/28/12

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\HC.12\Bennett573disifp.wpd